| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | **IN THE** |
| | * | **COURT OF APPEALS** |
| **v.** | * | **OF MARYLAND** |
| | * | **Misc. Docket AG No. 8** |
| **BRUCE NICHOLAS DESIMONE** | * | **September Term, 2020** |

## ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Bruce Nicholas Desimone, to indefinitely suspend the Respondent from the practice of law with the right to petition for reinstatement in ninety days, it is this 7th day of April, 2021

**ORDERED,** by the Court of Appeals of Maryland, that, effective May 10, 2021, the Respondent, Bruce Nicholas Desimone, be, and hereby is, indefinitely suspended from the practice of law in the State of Maryland with the right to petition for reinstatement in ninety days, for violations of Rules 19-301.1, 19-301.3, 19-301.4, 19-305.3, 19-308.1(a) and (b) and 19-308.4(a), (c) and (d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

**ORDERED**, that, on May 10, 2021, the Clerk of this Court shall remove the name of Bruce Nicholas Desimone from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Mary Ellen Barbera
Chief Judge

Suzanne C. Johnson, Clerk